IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Betsy Damaris Delgado<br>　　　　　　　　Debtor | CHAPTER 7 |
| Residential Mortgage Loan Trust 2013-TT2, by U.S. Bank National Association, not in its individual capacity, but solely as Legal Title Trustee<br>　　　　　　　　Movant<br>vs.<br>Betsy Damaris Delgado<br>　　　　　　　　Debtor<br>Terry P. Dershaw<br>　　　　　　　　Trustee | NO. 17-12724 ELF<br><br>11 U.S.C. Section 362 |

**ORDER**

AND NOW, this  19th  day of  July , 2017 at Philadelphia, upon failure of Debtor and and for the reasons stated in court when the Debtor appeared without her attorney, the Trustee to file an Answer or otherwise plead, it is ORDERED that:

The Motion for Relief from the Automatic Stay is granted, and the automatic stay of all proceedings, as provided under Section 362 of Title 11 of the United States Code, is modified as to the Movant, Residential Mortgage Loan Trust 2013-TT2, by U.S. Bank National Association, not in its individual capacity, but solely as Legal Title Trustee, or any of its successors or assignees, so as to allow Movant, its successor or assignee, to proceed with the ejectment action regarding the premises at 7905 Fox Run Lane Philadelphia, PA 19111. ~~Furthermore, any future bankruptcy filings by either the Debtor and/or the occupant(s) of the aforesaid premises for a period of one hundred eighty (180) days hereof will not prevent the Movant, or its successor or assignee, from proceeding with the ejectment action as the automatic stay under Section 362 shall not apply to any such action. The stay provided by Bankruptcy Rule 4001(a)(3) has been waived with respect to this Order.~~

_____
ERIC L. FRANK
CHIEF U.S. BANKRUPTCY JUDGE