United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Betsy Damaris Delgado  
    Debtor

Case No. 17-12724-elf  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0313-2    User: John    Page 1 of 1    Date Rcvd: Jul 19, 2017  
                   Form ID: pdf900    Total Noticed: 5

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 21, 2017.
```
db             +Betsy Damaris Delgado,    7905 Fox Run Lane,   Philadelphia, PA 19111-2654
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: bankruptcy@phila.gov Jul 20 2017 01:31:36     City of Philadelphia,
                 City of Philadelphia Law Dept.,   Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jul 20 2017 01:31:12
                 Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jul 20 2017 01:31:32     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
cr             +E-mail/Text: bnc@atlasacq.com Jul 20 2017 01:31:01     Atlas Acquisitions LLC,   294 Union St.,
                 Hackensack, NJ 07601-4303
                                                                                              TOTAL: 4
```

```
               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 21, 2017                                               Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 19, 2017 at the address(es) listed below:
```
              ERIK B. JENSEN    on behalf of Debtor Betsy Damaris Delgado john@erikjensenlaw.com,
               regina@erikjensenlaw.com;mjmecf@gmail.com;gilberto@erikjensenlaw.com
              MATTEO SAMUEL WEINER    on behalf of Creditor    Residential Mortgage Loan Trust, et al
               bkgroup@kmllawgroup.com
              TERRY P. DERSHAW    td@ix.netcom.com,   PA66@ecfcbis.com;7trustee@gmail.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                              TOTAL: 4
```

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Betsy Damaris Delgado<br>      <u>Debtor</u> | CHAPTER 7 |
| Residential Mortgage Loan Trust 2013-TT2, by U.S. Bank National Association, not in its individual capacity, but solely as Legal Title Trustee<br>      <u>Movant</u><br> vs. | NO. 17-12724 ELF |
| Betsy Damaris Delgado<br>      <u>Debtor</u><br>Terry P. Dershaw<br>      <u>Trustee</u> | 11 U.S.C. Section 362 |

**ORDER**

AND NOW, this 19th day of July, 2017 at Philadelphia, upon failure of Debtor and and for the reasons stated in court when the Debtor appeared without her attorney, the Trustee to file an Answer or otherwise plead, it is ORDERED that:

The Motion for Relief from the Automatic Stay is granted, and the automatic stay of all proceedings, as provided under Section 362 of Title 11 of the United States Code, is modified as to the Movant, Residential Mortgage Loan Trust 2013-TT2, by U.S. Bank National Association, not in its individual capacity, but solely as Legal Title Trustee, or any of its successors or assignees, so as to allow Movant, its successor or assignee, to proceed with the ejectment action regarding the premises at 7905 Fox Run Lane Philadelphia, PA 19111. ~~Furthermore, any future bankruptcy filings by either the Debtor and/or the occupant(s) of the aforesaid premises for a period of one hundred eighty (180) days hereof will not prevent the Movant, or its successor or assignee, from proceeding with the ejectment action as the automatic stay under Section 362 shall not apply to any such action. The stay provided by Bankruptcy Rule 4001(a)(3) has been waived with respect to this Order.~~

_____
**ERIC L. FRANK**
**CHIEF U.S. BANKRUPTCY JUDGE**