**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: BETSY DAMARIS DELGADO | : | Chapter 7 |
| | : | |
| Debtor | : | Bky. No. 17-12724-ELF |

**ORDER TO SHOW CAUSE WHY DEBTOR'S CASE SHOULD NOT BE DISMISSED
AND
THE PRIOR BAR ORDER REINSTATED**

  **AND NOW,** the docket reflecting that the Debtor failed to appear at two (2) scheduled §341 Meeting of Creditors on May 17 and July 12, 2017,

  It is hereby **ORDERED** that:

1. A hearing shall be held **on August 9, 2017, at 10:00 a.m.,** in the **Robert N.C. Nix, Sr. Federal Courthouse, 2nd Floor, 900 Market Street, Courtroom #1, Philadelphia, PA,** to consider whether this bankruptcy case should be dismissed. See 11 U.S.C. §§105(a), 707(a).

2. At the hearing, the court will also consider that the prior Order dated May 20, 2016 in Bky. No. 15-10763 providing that upon dismissal of that case, the Debtor was prohibited from filing a new bankruptcy case without prior leave of court, ("the Bar Order") should be **REINSTATED** upon the dismissal of this bankruptcy case.

3. If the Debtor fails to appear at the hearing scheduled above, this case may be **DISMISSED** and the prior **BAR ORDER** reinstated without further notice or hearing.

**Date: July 26, 2017**

               **ERIC L. FRANK
CHIEF U.S. BANKRUPTCY JUDGE**

cc: Betsy Damaris Delgado
  7905 Fox Run Lane
  Philadelphia, PA 19111