United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
Betsy Damaris Delgado
    Debtor

Case No. 17-12724-elf
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0313-2     User: ChrissyW     Page 1 of 1     Date Rcvd: Jul 26, 2017
Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 28, 2017.
db         +Betsy Damaris Delgado,   7905 Fox Run Lane,   Philadelphia, PA 19111-2654

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 28, 2017                             Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 26, 2017 at the address(es) listed below:
      ERIK B. JENSEN    on behalf of Debtor Betsy Damaris Delgado john@erikjensenlaw.com,
       regina@erikjensenlaw.com;mjmecf@gmail.com;gilberto@erikjensenlaw.com
      MATTEO SAMUEL WEINER    on behalf of Creditor   Residential Mortgage Loan Trust, et al
       bkgroup@kmllawgroup.com
      TERRY P. DERSHAW    td@ix.netcom.com,   PA66@ecfcbis.com;7trustee@gmail.com
      United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                              TOTAL: 4

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: BETSY DAMARIS DELGADO | : | Chapter 7 |
| | : | |
| Debtor | : | Bky. No. 17-12724-ELF |

## ORDER TO SHOW CAUSE WHY DEBTOR'S CASE SHOULD NOT BE DISMISSED
## AND
## THE PRIOR BAR ORDER REINSTATED

**AND NOW,** the docket reflecting that the Debtor failed to appear at two (2) scheduled §341 Meeting of Creditors on May 17 and July 12, 2017,

It is hereby **ORDERED** that:

1. A hearing shall be held **on August 9, 2017, at 10:00 a.m.,** in the **Robert N.C. Nix, Sr. Federal Courthouse, 2nd Floor, 900 Market Street, Courtroom #1, Philadelphia, PA,** to consider whether this bankruptcy case should be dismissed. See 11 U.S.C. §§105(a), 707(a).

2. At the hearing, the court will also consider that the prior Order dated May 20, 2016 in Bky. No. 15-10763 providing that upon dismissal of that case, the Debtor was prohibited from filing a new bankruptcy case without prior leave of court, ("the Bar Order") should be **REINSTATED** upon the dismissal of this bankruptcy case.

3. If the Debtor fails to appear at the hearing scheduled above, this case may be **DISMISSED** and the prior **BAR ORDER** reinstated without further notice or hearing.

Date:  July 26, 2017

ERIC L. FRANK
CHIEF U.S. BANKRUPTCY JUDGE

cc: Betsy Damaris Delgado
    7905 Fox Run Lane
    Philadelphia, PA 19111