United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                              Case No. 17-12724-elf
Betsy Damaris Delgado                                              Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2        User: ChrissyW          Page 1 of 1              Date Rcvd: Aug 10, 2017
                           Form ID: pdf900          Total Noticed: 1


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 12, 2017.
db             +Betsy Damaris Delgado,    7905 Fox Run Lane,    Philadelphia, PA 19111-2654

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                            TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 12, 2017                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 10, 2017 at the address(es) listed below:
          ERIK B. JENSEN    on behalf of Debtor Betsy Damaris Delgado john@erikjensenlaw.com,
           regina@erikjensenlaw.com;mjmecf@gmail.com;gilberto@erikjensenlaw.com
          MATTEO SAMUEL WEINER    on behalf of Creditor   Residential Mortgage Loan Trust, et al
           bkgroup@kmllawgroup.com
          TERRY P. DERSHAW    td@ix.netcom.com,   PA66@ecfcbis.com;7trustee@gmail.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                        TOTAL: 4

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

In re: Betsy Damaris Delgado            Chapter 7

Debtor(s)                               Bankruptcy No. 17-12724- ELF

## O R D E R

AND NOW, this 9ᵗʰ day of _Aug._ , 2017, the Court having conducted a

hearing with respect to its previous Order to Show Cause Why Case Should Not Be Dismissed in the

above-captioned Chapter 7 case, it is hereby

ORDERED that the debtor(s) are directed to appear and provide testimony at the

rescheduled Section 341(a) Meeting of Creditors before the Chapter 7 Trustee **Terry Dershaw** on

**August 23, 2017 at 833 Chestnut Street, Suite 501, Philadelphia, PA 19107 at 8:30 a.m.**   Counsel

for the debtor(s) shall provide notice of this rescheduled Meeting of Creditors to all creditors and

parties in interest.   This will be the final rescheduling of the Meeting of Creditors; and it is further

ORDERED that a continued hearing on the Court's Order to Show Cause shall be held

on _Aug. 30_ , 2017, at 10:00 a.m., Bankruptcy Courtroom No. 1, United States

Courthouse, 900 Market Street, Philadelphia, Pennsylvania,   for the purpose of determining whether

the debtor(s) complied with the terms of this Order and whether the Court should dismiss the case.

And it is further ORDERED (nunc pro tunc, if applicable) that the time period under

Bankruptcy Rule 4004(a) to object to discharge and the time period under Bankruptcy Rule 1017(e) to

move for dismissal (or conversion) is hereby extended to October 23, 2017.

_____
ERIC L. FRANK
Chief United States Bankruptcy Judge

Copies to:
Counsel for debtor(s)
Debtor(s)
Chapter 7 trustee
United States Trustee