**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

In re:  BETSY DEMARIS DELGADO                    BKY # 17-12724 ELF

                            Debtors                              Chapter 7

### ORDER EXTENDING DEADLINES BY CONSENT OF DEBTOR

### CONSENT

Counsel for Debtor has requested additional time to provide documents and must travel to Puerto Rico to obtain certain documentation. The Chapter 7 Trustee, Terry P. Dershaw, has requested that the Debtor consent to the extension of deadlines for the Chapter 7 trustee, the United States Trustee and all creditors to object to discharge in this matter;

Pursuant to that request, by and through counsel, the Debtors consent to the entry of the following Order;

Consent is hereby given to the within Order

/s/ ERIK B. JENSEN
_____
ERIK B. JENSEN
Counsel for Debtor

/s/ TERRY P. DERSHAW_____
TERRY P. DERSHAW
Chapter 7 Trustee

### O R D E R

And it is further ORDERED (nunc pro tunc, if applicable) that the time period under Bankruptcy Rule 4004(a) to object to discharge and the time period under Bankruptcy Rule 1017(e) to move for dismissal (or conversion) is hereby extended to December 31, 2017.

Date:  8/28/17                                 _____
                                               **ERIC L. FRANK**
                                               **CHIEF U.S. BANKRUPTCY JUDGE**