United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Betsy Damaris Delgado  
    Debtor

Case No. 17-12724-elf  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0313-2     User: Virginia     Page 1 of 1     Date Rcvd: Aug 28, 2017  
                      Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 30, 2017.  
db         +Betsy Damaris Delgado,    7905 Fox Run Lane,    Philadelphia, PA 19111-2654

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                      TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 30, 2017                                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 28, 2017 at the address(es) listed below:  
         ERIK B. JENSEN    on behalf of Debtor Betsy Damaris Delgado john@erikjensenlaw.com,  
          regina@erikjensenlaw.com;mjmecf@gmail.com;gilberto@erikjensenlaw.com  
         MATTEO SAMUEL WEINER    on behalf of Creditor    Residential Mortgage Loan Trust, et al  
          bkgroup@kmllawgroup.com  
         TERRY P. DERSHAW     td@ix.netcom.com,    PA66@ecfcbis.com;7trustee@gmail.com  
         United States Trustee     USTPRegion03.PH.ECF@usdoj.gov  
                                                                                          TOTAL: 4

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:  BETSY DEMARIS DELGADO                     BKY # 17-12724 ELF

                        Debtors                    Chapter 7

### ORDER EXTENDING DEADLINES BY CONSENT OF DEBTOR

### CONSENT

Counsel for Debtor has requested additional time to provide documents and must travel to Puerto Rico to obtain certain documentation. The Chapter 7 Trustee, Terry P. Dershaw, has requested that the Debtor consent to the extension of deadlines for the Chapter 7 trustee, the United States Trustee and all creditors to object to discharge in this matter;

Pursuant to that request, by and through counsel, the Debtors consent to the entry of the following Order;

Consent is hereby given to the within Order

/s/ ERIK B. JENSEN
_____
ERIK B. JENSEN
Counsel for Debtor

/s/ TERRY P. DERSHAW_____
TERRY P. DERSHAW
Chapter 7 Trustee

### O R D E R

And it is further ORDERED (nunc pro tunc, if applicable) that the time period under Bankruptcy Rule 4004(a) to object to discharge and the time period under Bankruptcy Rule 1017(e) to move for dismissal (or conversion) is hereby extended to December 31, 2017.

Date: 8/28/17

_____
ERIC L. FRANK
CHIEF U.S. BANKRUPTCY JUDGE