United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Betsy Damaris Delgado  
    Debtor

Case No. 17-12724-elf  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0313-2     User: ChrissyW     Page 1 of 1     Date Rcvd: Jan 03, 2018  
                       Form ID: 211     Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 05, 2018.  
db        +Betsy Damaris Delgado,   7905 Fox Run Lane,   Philadelphia, PA 19111-2654

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
cr        +E-mail/Text: bnc@atlasacq.com Jan 04 2018 01:49:42     Atlas Acquisitions LLC,   294 Union St.,   Hackensack, NJ 07601-4303
                                                                                                                                        TOTAL: 1

             ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 05, 2018                                                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 3, 2018 at the address(es) listed below:  
        ERIK B. JENSEN    on behalf of Debtor Betsy Damaris Delgado akeem@jensenbagnatolaw.com, gilberto@jensenbagnatolaw.com;mjmecf@gmail.com  
        MATTEO SAMUEL WEINER    on behalf of Creditor   Residential Mortgage Loan Trust, et al bkgroup@kmllawgroup.com  
        TERRY P. DERSHAW    td@ix.netcom.com,   PA66@ecfcbis.com;7trustee@gmail.com  
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
                                                                                                                                        TOTAL: 4

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re:                                                                           Chapter: 7

    Betsy Damaris Delgado

Debtor(s)                                                        Case No: 17–12724–elf

___

## *ORDER*

AND NOW, 1/3/18 , the debtor having failed to file either a statement regarding completion of a course in personal financial management, see 11 U.S.C. § 727(a)(11); see also Bankruptcy Rule 4004, or a request for a waiver from this requirement. 11 U.S.C. § 109(h)(4),

And the statement regarding personal financial management was due, *see* Bankruptcy Rule 1007(c),

Accordingly, it is hereby ORDERED that the debtor shall have until 1/17/18 to file a statement regarding completion of an instructional course concerning personal financial management or a request for a waiver from such requirement. If the debtor fails to do so, then this case may be closed, without further notice or hearing, and without the debtor receiving his/her chapter 7 discharge. See Advisory Committee Note to Fed. R. Bankr. P. 4004.

 

For The Court

Eric L. Frank

Chief Judge ,United States Bankruptcy Court